# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132767

FOUAD NAKHLE,
      Plaintiff-Appellant,

v

JANET B. NAKHLE and FATME
MOHAMAD HAMMOUD,
      Defendants-Appellees.

SC: 132767
COA: 267553
Wayne CC: 03-332445-NI

_____/

      On order of the Court, the application for leave to appeal the November 7, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

Clerk

d0416